PROB 12B
(7/93)

# United States District Court
for the
Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 APR 17 P 2: 06

CLERK ~~~~~~~~
SO. DIST. OF GA

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Otis Craig Williams  Case Number: CR304-00008-001

Name of Sentencing Judicial Officer:   Honorable Dudley H. Bowen, Jr.
United States District Judge

Date of Original Sentence:   February 11, 2005

Original Offense:   Theft of public funds

Original Sentence:   5 years probation; $65,561.35 restitution; $100 special assessment; 100 hours of community service; and not consume alcohol while on probation

Type of Supervision:   Probation

Date Supervision Commenced:   February 11, 2005

Assistant U.S. Attorney:   Nancy C. Greenwood

Defense Attorney:   Lance G. Jones

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

The defendant shall participate in a program of treatment for drug and alcohol abuse. The costs of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

The defendant shall complete twenty-four hours of community service by July 1, 2007.

## CAUSE

While conducting a home visit at 9:50 p.m. on March 12, 2007, this officer found the offender to be intoxicated. An Alco-Sensor test was performed wherein the offender was found to have an alcohol level of .11. When questioned about his use of alcohol, Williams admitted they he had consumed approximately eight beers earlier in the evening. According to the offender, he stated he began drinking because of being "stressed out" due to his current financial hardship. Williams cited the restitution owed in the instant offense, past-due child support, and delinquent state taxes as the motivator for his stress level. As of March 7, 2007, the offender has a balance of $58,731.35 on his restitution and is currently $5,670 in arrears on his restitution payments. At this time, this officer requests no action be taken to address the delinquent restitution arrearage.

Respectfully submitted,

by Christopher A. Doughtie, Sr.
Christopher A. Doughtie, Sr.
United States Probation Officer Specialist
Date: April 10, 2007

Reviewed by:

Pamela K. Sowell
Supervisory United States Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Honorable Dudley H. Bowen, Jr.
United States District Judge

4/17/07
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Augusta Division

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    The defendant shall participate in a program of treatment for drug and alcohol abuse.
    The costs of treatment shall be paid by the defendant in an amount to be determined
    by the probation officer, based on ability to pay or availability of third-party payment.

    The defendant shall complete 24 hours of community service by July 1, 2007.

Witness: _____
Christopher A. Doughtie, Sr.
United States Probation Officer Specialist

Signed: _____
Otis Craig Williams
Supervised Releasee

03-13-07
DATE

ADMISSION OF DRUG USE

I, _Otis Craig Williams_, hereby admit that I have used the following drug(s) on the date(s) indicated below without proper medical authorization in the form of a valid prescription or physician's instructions.

_Alcohol/Alcosensor .11_  _03-12-07_
**Drug**  **Date**

_____  _____
**Drug**  **Date**

_____  _____
**Drug**  **Date**

This admission of drug use is made voluntarily without threat or promise, and I understand that it can be used against me in a Court of Law or U. S. Parole Commission proceedings.

Signed _Otis C. Williams_
Date _03-13-07_

_Christopher [signature]_
**Witness**

GASP ADM111 (07-23-98)

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

          vs.     *     CASE NO. 3:04-cr-8

OTIS CRAIG WILLIAMS     *

                            *

                            *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as petition/order dated 4/17/07, which is part of the official records of this case.

Date of Mailing: 4/23/07
Date of Certificate: 4/24/07

SCOTT L. POFF, CLERK

By: *[signature]*

NAME:
1. Otis Craig Williams, 1270 Shewmake Rd., Dublin, Ga. 31021
2.
3.
4.
5.
6.
7.

| Cert/Copy | | | Cert/Copy | | |
|---|---|---|---|---|---|
| ☐ | ☒ | District Judge | ☐ | ☐ | Dept. of Justice |
| ☐ | ☐ | Magistrate Judge | ☐ | ☐ | Dept. of Public Safety |
| ☐ | ☐ | Minutes | ☐ | ☐ | Voter Registrar |
| ☐ | ☒ | U.S. Probation | ☐ | ☐ | U.S. Court of Appeals |
| ☐ | ☐ | U.S. Marshal | ☐ | ☐ | Nicole/Debbie |
| ☐ | ☒ | U.S. Attorney | ☐ | ☐ | Ray Stalvey |
| ☐ | ☐ | JAG Office | ☐ | ☐ | Cindy Reynolds |